PID# 10142083

FILED

JUN 1 9 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____MC_____
DEPUTY CLERK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
| v. | ) |
| Jorge Luis MONSIVAIS JR | ) Case No. DR:18-M-5710-001 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jorge Luis MONSIVAIS JR,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached affidavit for details

Date: 06/19/2018

_____
Issuing officer's signature

City and state: Del Rio, Texas

Collis White, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6-19-18, and the person was arrested on *(date)* 6/19/18
at *(city and state)* San Antonio, TX.

Date: 6/20/18

_____
Arresting officer's signature

Gregory Bassett, HSI SA
*Printed name and title*